Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com

Attorneys for Plaintiff, TRAVIS JEZWINSKI

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JEZWINSKI, <br><br> Plaintiff, <br><br> vs. <br><br> ZWICKER & ASSOCIATES, P.C., <br><br> Defendant. | Case No.: 3:10-cv-01224-BTM-NLS <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, TRAVIS JEZWINSKI and Defendant, ZWICKER & ASSOCIATES, P.C.., hereby stipulate that the entire action be dismissed, with prejudice, with each side to bear their own attorney's fees and costs.

Respectfully Submitted,

DATED:  August 27, 2010              KROHN & MOSS, LTD.


By: ____/s/ Mahadhi Corzano_____
    Mahadhi Corzano
    Attorney for Plaintiff
    TRAVIS JEZWINSKI

1   DATED:  August 27, 2010          ZWICKER & ASSOCIATES, P.C.

By: ____/s/ Raymond J. Lee____
      Raymond J. Lee
      Attorney for Defendant
      ZWICKER & ASSOCIATES, P.C.